**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHARLES VAN ALEXANDER,

        Plaintiff,

v.

CITY OF PONTIAC, PONTIAC POLICE
DEPARTMENT, VALARD GROSS, SGT.
COSBY, DARRIN D. MCALLISTER, ALVIS, M.
LOCRICCHIO, J. MAROUGI, DANIEL MAIN
and JANCZAREK,

        Defendants.

_____/

CASE NO. 07-11419
HON. MARIANNE O. BATTANI

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation (Doc. No. 28), filed on September 14, 2007, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Defendants City of Pontiac, Pontiac Police Department and Valard Gross' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED.**

**IT IS SO ORDERED.**

                                              s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              UNITED STATES DISTRICT JUDGE

DATED: December 12, 2007

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon plaintiff and counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt<br>DEPUTY CLERK